Adam I. Gafni, Cal. Bar No. 230045
LAW OFFICES OF ADAM I. GAFNI
2811 Wilshire Blvd., Suite 780
Santa Monica, California 90403
Tel: (424) 744-8344
Fax: (424) 488-1344
E-mail: adam@gafnilaw.com

Attorneys for Plaintiff, BARRY ROSEN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| BARRY ROSEN, | Case No.: |
|---|---|
| Plaintiff, | |
| vs. | **COMPLAINT FOR COPYRIGHT INFRINGEMENT** |
| MANNY LEDEZMA AND DOES 1-10. | |
| Defendants. | **DEMAND FOR JURY TRIAL** |

Plaintiff, BARRY ROSEN ("Plaintiff"), by and through his attorneys of record, alleges against MANNY LEDEZMA and Does 1-10 inclusive (collectively "Defendants") as follows:

**I.**

**THE PARTIES**

1
COMPLAINT FOR COPYRIGHT INFRINGEMENT

1. Plaintiff Barry Rosen ("Plaintiff") is a professional photographer who currently and at all relevant times has resided within the County of Los Angeles, California. Plaintiff's images are copyrighted images, registered with the United States Copyright Office, to which Plaintiff owns all rights, title, and interest.

2. Plaintiff is informed and believes that Defendants have operated and are currently operating as a seller on eBay under the username moviefanz. Plaintiff is informed and believes that Defendants are in the business of selling photographs of celebrities and other collectibles on eBay as moviefanz and have been since 1999.

3. Plaintiff is informed and believes that Manny Ledezma ("Defendant") is an individual residing within the City of Dallas-Fort Worth, Tarrant, County, Texas. Plaintiff is informed and believes that Defendant operates the moviefanz account on eBay.

4. Plaintiff is informed and believes that Defendant's actions on eBay are dedicated to publishing, displaying, and selling celebrity photographs and collectibles. Plaintiff is informed and believes that Defendant has sold thousands of items to customers via the moviefanz eBay account.

5. Plaintiff does not presently know the true names and capacities of the Defendants named as Does 1 through 10, and therefore sues such Defendants by these fictitious names. Plaintiff believes that the Doe Defendants are persons or entities who are involved in the acts set forth below, either as independent contractors, agents, or employees of the known Defendants, or through entering into a conspiracy and agreement with the known Defendants to perform these acts for financial gain and profit, in violation of Plaintiff's rights. Plaintiff will request leave from the Court to amend this Complaint to set forth their true names,

identities and capacities when Plaintiff ascertains them. The Doe Defendant and the known Defendant are referred to collectively as "Defendants".

6. Plaintiff is informed and believes that Defendants have been or are the principals, officers, directors, agents, employees, representatives, and/or co-conspirators of each of the other Defendants, and in such capacity or capacities participated in the acts or conduct alleged herein and incurred liability therefore. Plaintiff is informed and believes that at some unknown time, the Defendants or some of them entered into a conspiracy with other of the Defendants to commit the wrongful acts described herein; the actions described below were taken in furtherance of such conspiracy; and Defendants aided and abetted each other in the wrongful acts alleged herein. Plaintiff is informed and believes that each of the Defendants acted for personal gain or in furtherance of their own financial advantage in doing the acts alleged below.

## II.
## JURISDICTION AND VENUE

7. Plaintiff incorporates by reference each allegation contained in the foregoing paragraphs of this Complaint. This action is for damages and permanent injunctive relief arising from Defendants' copyright infringements in violation of the Copyright Act of the United States, as amended, 17 U.S.C. § 101 *et seq.*

8. ***Subject Matter Jurisdiction:*** This action arises under the Copyright Act, 17 U.S.C. sections 101 *et seq.* and 501(a) *et seq.* This Court has original subject matter jurisdiction over all claims, pursuant to 28 U.S.C. sections 1331 and 1338(a).

9. ***Venue:*** Plaintiff is informed and believes that venue is proper in this Court, pursuant to 28 U.S.C. section 1391(b) and (c) and Section 1400(a) in that the

claims arise in this Judicial District, the injury suffered by Plaintiff took place in this judicial district, and Defendants transact business in this judicial district.

10. ***Personal Jurisdiction:*** Plaintiff is informed and believes that personal jurisdiction is proper over the Defendants because for, among other reasons, years Defendants operated and/or currently operate commercial businesses focused on celebrity memorabilia and photos and through which Defendants knowingly, systematically, and continuously transacted or transact business and enter or entered into contracts on an ongoing basis with and provide or provided services to individuals or companies in California, including within the County of Los Angeles; and Defendants have engaged in intentional acts that willfully infringed or assisted in the infringement of Plaintiff's copyrights within California.

## III.
## FACTUAL ALLEGATIONS

11. Plaintiff incorporates by reference each allegation contained in the foregoing paragraphs of this Complaint.

12. Plaintiff Rosen is an individual photographer. Plaintiff created the one (1) photographic work at issue in this case (the "Photograph"). The Photograph consists of material original with Plaintiff and is copyrightable subject matter. Plaintiff is the owner of all rights, title, and interest in the Photograph.

13. Plaintiff is informed and believes that Defendant at all relevant times was and is in the business of selling copyright infringing celebrity photographs on eBay under the username moviefanz.

14. Plaintiff is informed and believes that, prior to the time of the infringements as alleged herein, Plaintiff had registered the copyright for the Photograph and had

4
COMPLAINT FOR COPYRIGHT INFRINGEMENT

been issued a Certificate of Registration. Specifically, the copyright name and number of the Photograph is as follows:

(1) Reg. No. VA 1-239-760; Anna Kournikova 14

15. The Photograph was not a "work for hire".

16. Within the last three years, Plaintiff discovered that Defendants unlawfully copied, publicly displayed, uploaded/downloaded and distributed the copyright registered Photograph without a license on eBay, constituting direct copyright infringement, pursuant to sections 106 and 501 of the Copyright Act (17 U.S.C section 106 and 501).

17. Plaintiff is informed and believes that Defendants, without authorization or permission from Plaintiff, unlawfully copied/reproduced, uploaded/downloaded, caused to be uploaded/downloaded, publicly displayed, distributed, and sold the Photograph to a global audience on the World Wide Web via eBay. An example of Defendants' infringing use is attached hereto as Exhibit 1.

18. Plaintiff is informed and believes that at all relevant times the infringing Photograph at issue was publicly accessible and actually distributed to members of the public. Plaintiff is informed and believes that prior to the infringement at issue, Defendant uploaded/downloaded, publicly displayed, and distributed at least one (1) other of Plaintiffs copyrighted images on eBay as far back as February 2012. Plaintiff is thus furthered informed and believes that Defendant's repeated infringements are willful.

19. Defendants' unlawful acts have interfered with and undermined Plaintiff's ability to market Plaintiff's own original photographic works, thereby impairing the value and prejudicing the sale or license by Plaintiff of his own photographic works.

20. Plaintiff is entitled to a preliminary and permanent injunction restraining Defendants from engaging in further acts of copyright infringement and causing irreparable damage to Plaintiff for which he has no adequate remedy of law.

21. Defendants, by contributing to the unauthorized appropriation and use of Plaintiff's original photographic works, have been and are engaging in acts of unfair competition, unlawful appropriation, unjust enrichment, wrongful deception of the purchasing public, and unlawful trading on Plaintiff's goodwill and the public acceptance of Plaintiff's original photographic works.

## IV.
## FIRST CLAIM FOR RELIEF
## DIRECT COPYRIGHT INFRINGEMENT PURSUANT TO 17 U.S.C. 106 and 501

22. Plaintiff incorporates by reference each allegation contained in the foregoing paragraphs of this Complaint and Exhibits as if fully set forth herein.

23. Plaintiff owns all rights, titles, and interests in and to the copyright for the Photograph, the use of which has not been licensed to Defendants.

24. Under Section 106 of the Copyright Act of 1976, 17 U.S.C. section 101 et seq. (the "Copyright Act"), Plaintiff has the distinct, severable, and exclusive rights, *inter alia*, to reproduce, distribute and publicly display the Photograph. (17 U.S.C. § 106(1), (3), and (5).)

25. By the actions alleged above, Defendants have infringed on Plaintiff's copyrights by copying, displaying, publishing, and distributing Plaintiff's copyrighted Photographs without permission to a global audience on the World Wide Web.

26. Defendants misappropriated Plaintiff's copyrights in the Photograph with

actual and/or constructive knowledge that the Photograph at issue did not belong to Defendants; Defendants thereby willfully engaged in unauthorized use, copyright, distribution, and/or display of Plaintiff's copyrighted Photograph.

27. Plaintiff is informed and believes that Defendants' acts of infringement were ongoing, willful, intentional, and purposeful, and/or in reckless disregard of and with indifference to Plaintiff's rights in that Defendants knew or recklessly failed to know that they did not have the rights to use the Photograph in the manner in which they used the Photograph in violation of Sections 106 and 501 of the Copyright Act (17 U.S.C. sections 106 et seq. and 501 et seq.).

28. Plaintiff is informed and believes that, by the actions alleged above, Defendants violated Plaintiff's exclusive rights as the copyright owner to reproduce, adapt, display, distribute, and/or create derivative works under 17 U.S.C. §§ 101 et. seq. making Defendants liable for willful direct copyright infringement.

29. As a direct and proximate result of Defendants' infringements, Plaintiff was damaged and is entitled to recover from Defendants the damages, including attorney's fees, he has sustained and will sustain, and any gains, profits and advantages obtained by Defendants as a result of their acts of infringement alleged above. At present, the amount of damages, gains, profits and advantages cannot be fully ascertained by Plaintiff, but will be established according to proof at trial. Plaintiff also seeks to recover statutory damages for Defendants' infringement of his copyrights of up to $150,000.00 per infringement.

30. Plaintiff is entitled to a preliminary and permanent injunction restraining Defendants from engaging in further acts of copyright infringement and causing irreparable damage to Plaintiff for which he has no adequate remedy of law.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment against Defendants as follows:

31. For Plaintiff's actual damages.

32. For a full accounting under supervision of this Court of all profits, income, receipts, or other benefits derived by Defendants as a result of their willful and unlawful conduct.

33. For statutory damages under the Copyright Act of up to $150,000.00 per infringement and,

34. For prejudgment interest.

35. For attorneys' fees and costs.

36. For preliminary and permanent injunctive relief from ongoing infringing activities, including, but not limited to:

   a. enjoining Defendants, and all persons acting in concert or participation with them, from: directly or indirectly infringing in any manner, or causing, contributing to, enabling, facilitating, or participating in the infringement of Plaintiff's copyrights (whether now in existence or hereafter created) or exclusive rights under copyright, and

   b. the seizure of all property made in, or used to assist in the violation of Plaintiff's exclusive copyrights pursuant to 17 U.S.C. §503, including, but not limited to, all copies of the Photograph, all domains and all servers and other computer equipment used to publish, broadcast or archive the Photograph; and

37. For such other and further relief as this Court deems just and appropriate.

Dated: June 25, 2015							LAW OFFICES OF ADAM I. GAFNI

<u>By: /s/ Adam I. Gafni</u>
Adam I. Gafni
Attorneys for Plaintiff
Barry Rosen

COMPLAINT FOR COPYRIGHT INFRINGEMENT

## **DEMAND FOR JURY TRIAL**

Plaintiff hereby demands a trial by jury of any and all issues triable with right by a jury pursuant to Rule 38 of the Federal Rules of Civil Procedure.

Dated: June 25, 2015            LAW OFFICES OF ADAM I. GAFNI

                                By: /s/ Adam I. Gafni
                                Adam I. Gafni
                                Attorneys for Plaintiff
                                Barry Rosen

COMPLAINT FOR COPYRIGHT INFRINGEMENT

# EXHIBIT 1

Tennis Star and Model ANNA KOURNIKOVA sandy signed photo! | eBay        6/26/12 9:47 PM



Back to search results | Collectibles > Autographs > Models



Mouse over image to zoom

Sell one like this

### Tennis Star and Model ANNA KOURNIKOVA sandy signed photo!

Like 0

Item condition: --

Price: US $19.95    **Buy It Now**

           **Add to cart**

Best Offer:    **Make Offer**

           Add to Watch list

BillMeLater   $5 back on first Bill Me Later purchase
Subject to credit approval. See terms

Shipping:   $2.95 - Standard Shipping See discounts |
See all details
Item location: Fort Worth, Texas, United States
Ships to: Worldwide

Delivery:   Estimated on or before **Sat. Jun. 30** to 90006

Payments:   **PayPal**, Bill Me Later | See details

Returns:   14 days money back, buyer pays return shipping |
Read details

**eBay Buyer Protection**
Covers your purchase price plus original shipping.
Learn more

Share:   | Add to Watch list

**Top-rated seller**
moviefanz ( 6939 ) me
99.8% Positive feedback
- Consistently receives highest buyers' ratings
- Ships items quickly
- Has earned a track record of excellent service

Save this seller
See other items

Visit store: Moviefanz Autographs Collectibles



| Description | Shipping and payments |       Print | Report item

Seller assumes all responsibility for this listing.     Item number: 130720657639

**Moviefanz Autographs Collectibles**     Visit my eBay store

**Store Categories**

Store home
Movie Starz
Television Starz
Sports Starz
Sexy Starz
Horror
SCI-FI
Playboy Playmates
Adult Film Stars
Pandora Peaks

### MOVIEFANZ

### Tennis Star and Model ANNA KOURNIKOVA sexy signed photo!

This is a great promo of Tennis Star and Model ANNA KOURNIKOVA! This 8" x 10" hand-signed photo comes with Certificate of Authenticity from MOVIEFANZ and a lifetime money-back guarantee. Credit cards are welcome through Paypal.

**SHIPPING & HANDLING:** I ship anywhere in the world. High bidder pays $2.95 shipping (overseas rate $5.95).

**SAVE ON SHIPPING!** GET COMBINED SHIPPING DISCOUNTS WHEN YOU BUY ADDITIONAL ITEMS, shipped together.

**MONEY-BACK GUARANTEE!** I guarantee the authenticity of the item signed. Just email me and return the item within 14 days, safely packed and insured, and I will return your item purchase price in full. Shipping

Tennis Star and Model ANNA KOURNIKOVA sandy signed photo! | eBay        6/26/12 9:47 PM

- Signed Art Prints
- Collectible Books + Paperbacks
- Books, Magazines & Cards
- Used BLU RAYs + DVDs + CDs
- Vintage Collectibles
- Estate Sales

and handling charges are the buyer's responsibility.

### Questions and answers about this item

No questions or answers have been posted about this item.

Ask a question

00005

Back to search results                                              Return to top

### See what other people are watching                              Feedback on our suggestions

    

| Debra Jo Fondren 1978 Playboy Playmate of... | December 1976 Playmate Karen Haft... | Jaclyn Swedberg 2012 Playboy Playmate of... | CHERYL TIEGS In-Person Signed Pho... | IDA LJUNGQVIST PLAYBOY PLAYMA... |
|---|---|---|---|---|
| $24.99 | $21.99 | $24.99 | $36.95 | $34.99 |
| 1 bid | 1 bid | 1 bid | Buy It Now | Buy It Now or Best offer |
| Free shipping | | Free shipping | | Free shipping |

#### Sponsored Links

**Anna Kournikova Photos**
100% Certified **Kournikova** Gear! $4.99 Shipping on Orders over $50
www.sportsmemorabilia.com/

**Tennis Star Anna**
Looking for **Tennis Star Anna**? Find exactly what you want today.
www.yahoo.com/

**Tennis Star Anna Kournikova**
Looking for **Tennis Star Anna Kournikova**? Stop working, Find it Here.
5earch.com/Tennis+Star+Anna+Kournikova

**Tennis Photo**
View **Tennis Photo**; Get Answers Now on Ask.com!
www.ask.com/Tennis+Photo



Get 20% off (up to $30 back) on your 1st purchase with your eBay MasterCard
Valid today through June 30, 2012    Apply Now

About eBay | Security Center | Buyer Tools | Policies | Stores | eBay Wish list | Site Map | eBay official time | Preview new features | Tell us what you think

Copyright © 1995-2012 eBay Inc. All Rights Reserved. Designated trademarks and brands are the property of their respective owners. Use of this Web site constitutes acceptance of the eBay User Agreement and Privacy Policy.